IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mullins, Brenda | Case Number: 06 B 03891 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 4/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 14, 2008
Confirmed: September 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,287.16 | |
| Secured: | | 6,935.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,150.00 |
| Trustee Fee: | | 513.06 |
| Other Funds: | | 689.00 |
| Totals: | 10,287.16 | 10,287.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael B Dedio | Administrative | 2,150.00 | 2,150.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | North Shore Holdings | Secured | 20,254.47 | 1,722.00 |
| 4. | Long Beach Acceptance Corp | Secured | 17,293.01 | 1,722.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 7,913.60 | 3,491.10 |
| 6. | Nuvell Credit Company LLC | Unsecured | 1,198.33 | 0.00 |
| 7. | Nuvell Credit Company LLC | Unsecured | 1,064.94 | 0.00 |
| 8. | Capital One | Unsecured | 197.44 | 0.00 |
| 9. | Sallie Mae | Unsecured | 3,595.04 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 106.08 | 0.00 |
| 11. | Fingerhut | Unsecured | 98.05 | 0.00 |
| 12. | North Shore Holdings | Unsecured | 0.22 | 0.00 |
| 13. | Long Beach Acceptance Corp | Unsecured | 0.04 | 0.00 |
| 14. | Capital One | Unsecured | 174.22 | 0.00 |
| 15. | General Motors Acceptance Corp | Secured | | No Claim Filed |
| 16. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 17. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 18. | M3 Financial Services | Unsecured | | No Claim Filed |
| 19. | Sm Servicing | Unsecured | | No Claim Filed |
| 20. | CB USA Sears | Unsecured | | No Claim Filed |
| 21. | Citibank USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,045.44 | $ 9,085.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Mullins, Brenda | Case Number: 06 B 03891 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 4/8/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 196.03 |
| 5.4% | 203.02 |
| 6.5% | 114.01 |
|  | _____ |
|  | $ 513.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

